tiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Mitchell, Messrs. J. Frank Staley, Arthur M. Boal, Frederick R. Conway,* and *Ira S. Lillick* for petitioner. *Messrs. J. M. Mannon, Jr.,* and *Farnum P. Griffith* for respondent.

---

No. 618. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION *v.* CALIFORNIA WINE ASSOCIATION. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Mitchell, Messrs. J. Frank Staley, Arthur M. Boal, Frederick R. Conway,* and *Ira S. Lillick* for petitioner. *Messrs. J. M. Mannon, Jr.,* and *Farnum P. Griffith* for respondent.

---

No. 619. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION *v.* S. L. JONES AND COMPANY. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Mitchell, Messrs. J. Frank Staley, Arthur M. Boal, Frederick R. Conway,* and *Ira S. Lillick* for petitioner. *Messrs. J. M. Mannon, Jr.,* and *Farnum P. Griffith* for respondent.

---

No. 626. UNITED STATES *v.* DAVID R. J. ARNOLD, AS ADMINISTRATOR, ETC. November 23, 1926. Petition for a writ of certiorari to the Court of Claims granted. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. A. W. Gregg* for the United States. *Mr. T. Ludlow Chrystie* for respondent.

---

No. 627. UNITED STATES *v.* GEORGE P. MILLER ET AL., ETC. November 23, 1926. Petition for a writ of certiorari to the Court of Claims granted. *Solicitor General Mitch-*

ell, *Assistant Attorney General Galloway,* and *Mr. Fred K. Dyar* for the United States. *Mr. William M. Williams* for respondents.

No. 642. INGRAM-DAY LUMBER COMPANY *v.* SIDNEY C. McLOUTH, REVIVED AGAINST THE AMERICAN LOAN AND TRUST COMPANY, ETC. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. George L. Canfield, W. A. White,* and *Sidney T. Miller* for petitioner. No appearance for respondents.

No. 655. ARTHUR MAUL *v.* UNITED STATES. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Howard M. Long* and *Moses E. Clapp* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for the United States.

No. 661. EQUITABLE TRUST COMPANY, AS TRUSTEE, ETC., *v.* FIRST NATIONAL BANK OF TRINIDAD, COLORADO. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Godfrey Goldmark* for petitioner. *Mr. William De-Forest Manice* for respondent.

No. 662. ANDREW W. MELLON, DIRECTOR GENERAL OF RAILROADS, ETC., *v.* EDWARD GOODYEAR, AS ADMINISTRATOR, ETC. November 23, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Kansas granted. *Messrs. M. L. Bell, W. F. Dickinson, Thomas P. Little-page, Luther Burns, J. E. DuMars,* and *W. D. Vance* for petitioner. *Messrs. Edwin C. Brandenburg* and *John F. McClure* for respondent.